UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ROBERT CROOMS, JR.** | **DOCKET NO. 6:24-cv-1262**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **POLICE DEPT. CITY OF ABBEVILLE, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

After an independent review of the record, for the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, as modified by the Court's Ruling issued this date, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's suit be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**THUS DONE AND SIGNED** in chambers this ___24th___ date of February, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE